EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARINETTE SANTIAGO LÓPEZ<br><br>Plaintiff<br><br>v.<br><br>FOREVER 21 RETAIL, INC.<br><br>Defendant | CIVIL ACTION NO. 3:16-cv-01811<br><br>RE: Alleged Wrongful Termination under Act No. 80; Arbitration |

## DECLARATION OF AUTHENTICITY OF RECORDS

I, Holly Hall, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I, Holly Hall, am of sound mind, 18 years of age or older, and competent to give this declaration.

2. The facts set forth in this declaration are personally known to me, except where specifically noted.

3. I am employed by Forever 21, Inc. ("Forever 21" or the "Company") as Sr. Manager, Stores Human Resources.

4. As Sr. Manager, Stores Human Resources, I have access to the records of Forever 21's employees in Puerto Rico. These records are created, kept, and/or maintained in the regular course of business and are under control of Forever 21's Human Resources Department.

5. I have examined the document attached hereto as Exhibit A, and certify that it is a true, complete, and accurate copy of the records created, kept, and/or maintained by Forever 21's Human Resources Department reflecting an arbitration agreement between Forever 21 and Plaintiff Marinette Santiago López, dated May 8, 2013.

**EXHIBIT 1**

6. I further certify that Exhibit A: (a) was created at or near the time of the occurrence of the matters set forth by Exhibit A, and/or from information transmitted by a person with knowledge of those matters; (b) was created, kept, and/or transmitted as a regular practice in the course of the regularly conducted business activities of Forever 21.

I declare and certify pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles, CA on May 26, 2016.

Signature _____

Print name: Holly Hall